Buchwald, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RON MEGASON, on behalf of himself and others similarly situated,

    Plaintiff,

-v-

STARJEM RESTAURANT CORP. d/b/a FRESCO BY SCOTTO,

    Defendant.

12-cv-1299 (NRB)

**STIPULATION REGARDING DISCOVERY PLAN**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

1. The evidentiary record created in the previous action filed against Defendant Starjem Restaurant Corp., entitled *Gillian et al. v. Starjem Restaurant Corp.*, 10-cv-6056-JSR, consisting of documents produced by Defendant in discovery and the sworn deposition testimony of Anthony Scotto, Attilio Vosilla, Brent Drill and Natasha Gelman is hereby incorporated into the record of the instant action; and

2. The evidentiary record incorporated into the record of the instant action described in Paragraph 1, above, excludes any documents solely produced by, or sworn testimony provided by, Gary Gillian, Milena Cesarka and John Jeffrey Shaw, the Plaintiffs and opt-in plaintiff in the *Gillian* litigation, who voluntarily dismissed their claims against Defendant.

Dated: 9/24/12

By: _____
Matthew Kadushin
Michael D. Palmer
Joseph & Kirschenbaum LLP
233 Broadway, 5th Floor
New York, New York 10279
(212) 688-5640

*Attorneys for Plaintiff*

Dated: 9/24/12

By: _George B Pauta (NK)_
Craig R. Benson
George B. Pauta
Naveen Kabir
Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022
(212) 583-9600

*Attorneys for Defendant*

**SO ORDERED:**

_____
**HONORABLE NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Date: September 27, 2012

2