

Littler Mendelson, P.C.
900 Third Avenue
New York, NY  10022.3298

George B. Pauta
212.497.8483 direct
212.583.9600 main
646.417.6202 fax
gpauta@littler.com

February 14, 2014

**VIA ECF AND FACSIMILE TRANSMISSION (212.805.7927)**

Hon. Naomi Reice Buchwald
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   *Megason v. Starjem Rest. Corp. d/b/a Fresco by Scotto*
      **12 Civ. 1299 (NRB) (S.D.N.Y.)**

Dear Judge Buchwald:

We represent the Parties in the above-referenced matter.  We write to the Court to confirm that notices to Rule 23 class members were mailed out on February 12, 2014, informing them that all exclusion requests must be postmarked by April 19, 2014.  The Parties have conferred regarding outstanding discovery and propose the following schedule for the Court's consideration:

1. All discovery shall be completed on: **June 18, 2014**

2. The Parties will submit a joint status update letter to the Court on or before: **July 2, 2014**.  The Parties will address any request(s) to file dispositive motions, as well as any updates regarding the related matter *Salinas v. Starjem Rest. Corp.*, No. 13 Civ. 2992 (AT) (S.D.N.Y.), at that time.

3. The Parties will appear for a post-discovery conference on: **July 18, 2014**

Should the Court wish to discuss the Parties' proposed schedule, or anything else involving this matter, the Parties will be available either telephonically or in person, at the Court's convenience.  We thank the Court for its courtesies.

littler.com

Hon. Naomi Reice Buchwald
February 14, 2014
Page 2

Respectfully submitted,

| | |
|---|---|
| FEBRUARY 14, 2014 | FEBRUARY 14, 2014 |
| LITTLER MENDELSON, P.C. | JOSEPH & KIRSCHENBAUM LLP |
| /s/ Craig R. Benson | /s/ Maimon Kirschenbaum |
| Craig R. Benson<br>George B. Pauta<br>Naveen Kabir<br>900 Third Ave.<br>New York, NY 10022<br>(212) 583-2681 | Maimon Kirschenbaum<br>Matthew Kadushin<br>Douglas Weiner<br>233 Broadway, 5th Floor<br>New York, New York 10279<br>(212) 688-5640 |
| *Attorneys for Defendants* | *Attorneys for the Class* |

**SO ORDERED:**

_____
**Honorable Naomi Reice Buchwald**
**United States District Judge**