# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew D. Kadushin
Denise A. Schulman
Joseph Nussbaum

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

August 7, 2014

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Ron Megason v. Starjem Restaurant Corp. et al.**
**Civil Action No. 12-cv-1299 (NRB)**

Dear Judge Buchwald:

We are class counsel in the above-captioned matter. We write to respectfully request a conference to set a trial schedule and related deadlines for the above-captioned matter. The Parties completed all fact discovery on June 18, 2014. The deadline to file pre-motion letters for any summary judgment motions was August 1, 2014, and as neither party submitted a letter, it is clear that neither party is moving for summary judgment. Accordingly, Plaintiffs respectfully request a pretrial conference.

Thank you for your attention to this matter.

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

By: _____
    Maimon D. Kirschenbaum

cc: Craig Benson, Esq. (via ECF)
    George Pauta, Esq. (via ECF)
    Naveen Kabir, Esq. (via ECF)