

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Craig R. Benson
212.583.2682 direct
212.583.9600 main
718.732.2369 fax
cbenson@littler.com

August 26, 2014

**VIA ECF AND FACSIMILE (212.805.7927)**

Hon. Naomi Reice Buchwald
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Megason et al. v. Starjem Rest. Corp. d/b/a Fresco by Scotto et al.*
12 Civ. 1299 (NRB) (S.D.N.Y.)

Dear Judge Buchwald:

We represent the Defendants in the above-referenced matter. We write to inform the Court that counsel for the Parties are available to attend a pre-trial conference in this matter on Monday, September 22, 2014 at 4:15 PM. In the meantime, should the Court have any questions, please feel free to contact me.

Respectfully submitted,

Craig R. Benson

CRB/nk

cc: D. Maimon Kirschenbaum, Esq., class counsel (via ECF)
    Matt Kadushin, Esq., class counsel (via ECF)
    Doug Weiner, Esq., class counsel (via ECF)
    George B. Pauta, Esq., counsel for Defendants (via ECF)
    Naveen Kabir, Esq., counsel for Defendants (via ECF)

littler.com